USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/7/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

COREY S. RIBOTSKY,

                          Debtor,

26-CV-03703 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

On April 30, 2026, Appellant Corey S. Ribotsky, who is proceeding *pro se*, timely filed a notice of appeal from Bankruptcy Judge David S. Jones' April 17, 2026 Memorandum Opinion and Order granting the Security and Exchange Commission ("SEC")'s motion to dismiss Appellant's bankruptcy case. Appellant failed to include that order with his bankruptcy appeal, as required by Federal Rule of Bankruptcy Procedure 8003(3)(B). As of the date of this Order, Appellant has also not filed a motion in support of his notice of appeal, as required by Federal Rule of Bankruptcy Procedure 8013.

It is hereby ORDERED that, on or before **May 15, 2026**, Appellant Ribotsky shall file an amended notice of appeal that includes the decision appealed from. It is further ORDERED that Appellant Ribotsky shall file a motion in support of his notice of appeal, in compliance with Federal Rule of Bankruptcy Procedure 8013, no later than **June 6, 2026**. Appellee SEC's response or opposition is due no later than **June 20, 2026**. Appellant Ribotsky's reply shall be due no later than **July 3, 2026**. Appellant Ribotsky is also advised to consult Federal Rule of Bankruptcy Procedure 8009 regarding the designation of items to be included in the Record on Appeal.

Dated: May 7, 2026
      New York, New York

                                      SO ORDERED.

                                      MARGARET M. GARNETT
                                      United States District Judge